# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**MANUEL ZAMORA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:03M02247-01**

Mark Lizarraga
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) Charge 1, 2, &3 as alleged in the violation petition filed on 6/15/05.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | USE OF CONTROLLED SUBSTANCES | 3/25/05-4/11/05 |
| Charge Two | FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM | 3/22/05-6/6/05 |
| Charge Three | FALSIFYING DOCUMENTATION OF COMMUNITY SERVICE HOURS | 2/8/05 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  4/7/04 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 21, 2005
Date of Imposition of Sentence

/s/Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States Magistrate Judge
Name & Title of Judicial Officer

9/28/05
Date

| | | |
|---|---|---|
| CASE NUMBER: | 1:03M02247-01 | Judgment - Page 2 of 2 |
| DEFENDANT: | MANUEL ZAMORA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 Months  pursuant to 18 USC 3563(b)(10).  The Bureau of Prisons will determine the amount of credit for time served [US vs Wilson 112 S.Ct. 1351 (1992)].

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

                                                          UNITED STATES MARSHAL

                                               By _____
                                                             Deputy U.S. Marshal